**People of the State of Illinois, Plaintiff-Appellee, v. John Hildreth, Defendant-Appellant.**

Gen. No. 53,988. 

First District, Second Division.

October 14, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE LYONS. Not to be published in full.